UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED **FILED**

AUG 27 2020

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:20CR452 CDP/DDN |
| BRADLEY REID, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about June 23, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**BRADLEY REID,**

the Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

The Grand Jury further charges that:

On or about June 23, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**BRADLEY REID,**

the Defendant herein, did knowingly and intentionally possess, with the intent to distribute, a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance drug.

In violation of Title 21, United States Code Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT THREE

The Grand Jury charges that:

On or about June 23, 2020, in City of St. Louis, within the Eastern District of Missouri,

**BRADLEY REID,**

the Defendant herein, did knowingly and intentionally possess, with the intent to distribute, a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II controlled substance drug.

In violation of Title 21, United States Code Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT FOUR

The Grand Jury further charges that:

On or about June 23, 2020, in the City of St. Louis, within the Eastern District of Missouri,

**BRADLEY REID,**

the Defendant herein, did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is, to possess with the intent to distribute one or more controlled substances as set forth in Counts Two and Three.

In violation of Title 18, United States Code, Sections 2(a) and 924(c)(1).

## COUNT FIVE

The Grand Jury further charges that:

On or about May 6, 2019, in City of St. Louis, within the Eastern District of Missouri,

**BRADLEY REID,**

the Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted

in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney


_____
JENNIFER SZCZUCINSKI, #56906MO
Special Assistant United States Attorney